ACCEPTED
03-15-00232-CR
8270695
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/16/2015 4:02:36 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00232-CR

| | | |
|---|---|---|
| **ALICIA NICOLE PEREZ** | § | **IN THE THIRD** |
| | § | |
| **v.** | § | **DISTRICT COURT OF** |
| | § | |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/16/2015 4:02:36 PM
JEFFREY D. KYLE
Clerk

### STATE'S *ANDERS* RESPONSE

Dear Mr. Jeffrey D. Kyle, Clerk of the Honorable Third District Court of Appeals:

Please accept and allow this letter to serve as the State's Response to the Appellant's Brief – filed on or about November 16, 2015 – pursuant to *Anders v. California*, 386 U.S. 738, rehg. den'd, 388 U.S. 924 (1967).

Having received Appellant's *Anders* brief, the State does not intend to file a brief in response at this time. However, the State respectfully reserves its right to file a response should Appellant file a non-*Anders* brief at any point in time prior to the conclusion of this appeal.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

1

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Anders Response* has been delivered to Appellant ALICIA NICOLE PEREZ's attorney in this matter:

Susan Schoon
susan@schoonlawfirm.com
200 N. Seguin Avenue
New Braunfels, TX 78130
*Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address this 16th day of December, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**